UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIE VIOLETTE ALTENORD,

    Plaintiff,

v.                                            Case No. 8:22-cv-298-AAS

KILOLO KIJAKAZI,
Commissioner,
Social Security Administration,

    Defendant.
_____/

## ORDER

Marie Violette Altenord moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 23). The Commissioner does not oppose the motion. (*Id*. at 2).

Ms. Altenord requests $8,498.00 in attorney's fees. (*Id*. at 7). The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. An August 1, 2022 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 21). The Clerk entered judgment in Ms. Altenord's favor. (Doc. 22).

The Commissioner does not contest the following: Ms. Altenord is the prevailing party; Ms. Altenord's net worth was less than $2 million when she filed her complaint; the Commissioner's position was not substantially

1

justified; and Ms. Altenord's attorney's fees request are reasonable. (Doc. 23, pp. 3–7). A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Altenord is entitled to $8,498.00 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Altenord owes a debt to the United States. Ms. Altenord assigned her rights to EAJA fees to her attorney. (Doc. 22, Ex. 14). So, if Ms. Altenord has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Ms. Altenord motion for attorney's fees under the EAJA (Doc. 23) be **GRANTED**. Ms. Altenord is awarded **$8,498.00** in attorney's fees.

**ORDERED** in Tampa, Florida on October 27, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge